# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN BUSINESS FINANCIAL SERVICES, INC. *et al.*, <br> _____ <br><br> GEORGE L. MILLER, CHAPTER 7 TRUSTEE, <br><br> PLAINTIFF, <br><br> v. <br><br> GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., et al., <br><br> DEFENDANTS. | Chapter 7 <br><br> Case No. 05-10203 (MFW) <br><br> (Jointly Administered) <br><br><br><br><br><br> Adversary No. 06-50826 <br><br> RE: D.I. 647 |

**CERTIFICATION OF COUNSEL REGARDING AMENDED STIPULATION REGARDING CERTAIN FILING DEADLINES DOCKET NO. 647**

Charles A. McCauley III, Esquire, an attorney at Obermayer Rebmann Maxwell & Hippel LLP, counsel to George L. Miller, Chapter 7 Trustee ("Trustee"), hereby certifies as follows:

1. On October 9, 2009, counsel for George L. Miller, Chapter 7 Trustee ("Trustee"), Greenwich Capital Financial Products, Inc. ("Greenwich"), Ocwen Loan Servicing, LLC. ("Ocwen"), The Berkshire Group LP ("Berkshire") and Michael W. Trickey ("Trickey"), representing all of the parties (collectively, the "Parties") entered into a stipulation to extend the deadline for filing oppositions to dispositive motions to November 2, 2009 and extend the deadline for filing replies to oppositions to January 14, 2009 (the "Amended Stipulation").

2. On October 9, 2009, via electronic mail, Michael D. LiPuma, Esquire, counsel for Trickey and Berkshire, David I. Horowitz, Esquire, counsel for Greenwich, and Joel M. Miller,

4418213

Esquire, counsel for Ocwen, authorized counsel for the Trustee to affix their electronic signatures to the Amended Stipulation.

3. The Amended Stipulation was filed on October 9, 2009, D.I. 647.

3. The Trustee respectfully requests that the Court enter the proposed Order approving the Amended Stipulation, D.I. 647.

Dated: October 14, 2009

                OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
                /s/ Charles A. McCauley III
                Joseph P. Dougher, (*Pro Hac Vice*)
                Kevin J. Kotch, (*Pro Hac Vice*)
                Alexis P. Basilevsky, *(Pro Hac Vice)*
                1000 N. West St., Suite 1200
                Wilmington, DE 19801
                (302) 655-9094

                *And*

                KAUFMAN, COREN & RESS, P.C.
                Steven M. Coren, (*Pro Hac Vice*)
                John W. Morris, (*Pro Hac Vice*)
                David Dormont, (*Pro Hac Vice*)
                1717 Arch Street, Suite 3710
                Philadelphia, PA 19103
                (215) 735-8700

                *Attorneys for Plaintiff George L. Miller, Chapter 7 Trustee*