# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Business Financial Products, Inc., *et al*,<br><br>Debtors. | Case No.: 05-10203 (MFW)<br><br>Chapter 7<br>(Jointly Administered) |
| George L. Miller, Trustee,<br><br>Plaintiff,<br><br>- against -<br><br>Greenwich Capital Financial Products, Inc., Ocwen Loan Servicing, LLC, Wells Fargo Bank, N.A., Law Debenture Trust Company of New York, The Berkshire Group LP, and Michael W. Trickey,<br><br>Defendants. | Adv. No. 06-50826 |
| AND RELATED COUNTERCLAIMS | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the change of address for Defendant, Greenwich Capital Financial Products, Inc.'s counsel, Kirkland & Ellis LLP, in the above-captioned matter effective December 14, 2009:

> R. Alexander Pilmer
> David I. Horowitz
> Alyssa A. Wade
> Kirkland & Ellis LLP
> 333 S. Hope Street
> Los Angeles, CA 90071

All future pleadings, papers, reports, notices, motions, petitions, orders, discovery, documents, and all other communications in the above-captioned matter, should be directed to Defendant Greenwich Capital Financial Products Inc.'s counsel at the address set forth above. Accordingly, please update all service and distribution lists to reflect this updated contact information. Kirkland & Ellis LLP's email addresses, telephone numbers, and facsimile numbers have not changed.

DATED: December 14, 2009

Respectfully submitted,

KIRKLAND & ELLIS LLP

R. Alexander Pilmer (*pro hac vice*)
David I. Horowitz (*pro hac vice*)
Alyssa A. Wade (*pro hac vice*)
333 S. Hope Street
Los Angeles, CA 90071
Telephone: 213.680.8400
Facsimile: 213.680.8500
alexander.pilmer@kirkland.com
david.horowitz@kirkland.com
alyssa.wade@kirkland.com

And

PACHULSKI STANG ZIEHL & JONES LLP

/s/ B. Grohsgal

Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400

Attorneys for Greenwich Capital Financial Products, Inc.

# CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on December 14, 2009, I electronically filed and caused to be served a true and correct copy of the foregoing Notice of Change of Address using CM/ECF.

_____
Bruce Grohsgal (Bar No. 3583)