IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL SERVICES, INC., et al.<br><br>---<br><br>GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>PLAINTIFF,<br><br>v.<br><br>GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., OCWEN LOAN SERVICING, LLC, THE BERKSHIRE GROUP LP, AND MICHAEL W. TRICKEY,<br><br>DEFENDANTS. | Chapter 7<br><br>Case No. 05-10203 (MFW)<br><br>(Jointly Administered)<br><br>Adversary No. 06-50826 (MFW)<br><br>Re: D.I. 659 and 660 |

## ORDER GRANTING MOTION OF
## OCWEN LOAN SERVICING, LLC TO EXCEED PAGE LIMITATION

Upon consideration of the Motion of Ocwen Loan Servicing, LLC ("Ocwen") for leave to file a Reply Brief in Further Support of Ocwen's Motion for Partial Summary Judgment and a Turnover Order (the "Reply Brief") in excess of the twenty-page limitation of Local Bankruptcy Rule 7007-2(iv), it is hereby

ORDERED that Ocwen's motion is GRANTED; and it is further

ORDERED that Ocwen is authorized to file a Reply Brief in excess of twenty pages.

Dated: \_\_\_\_\_Jan. 14\_\_\_\_\_, 2010
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE