IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Business Financial Products, Inc., *et al*,<br><br>Debtors. | Case No.: 05-10203 (MFW)<br><br>Chapter 7<br>(Jointly Administered) |
| George L. Miller, Trustee,<br><br>Plaintiff,<br><br>- against -<br><br>Greenwich Capital Financial Products, Inc., Ocwen Loan Servicing, LLC, Wells Fargo Bank, N.A., Law Debenture Trust Company of New York, The Berkshire Group LP, and Michael W. Trickey,<br><br>Defendants. | Adv. No. 06-50826<br><br>Related Docket No. 621, 650 + 662 |

## ORDER GRANTING GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION TO FILE UNDER SEAL GREENWICH'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON CLAIMS FOUR, FIVE, AND ELEVEN

Upon the motion of Greenwich Capital Financial Products, Inc. ("Greenwich") for the entry of an order authorizing Greenwich to file its Reply Brief in Support of its Motion for Summary Judgment on Claims Four, Five, and Eleven under seal pursuant to Section 107(b) under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Fed. R. Bankr. P. and Local Rule 9018-1(b), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED;

2. Greenwich is authorized to file under seal Greenwich's Reply Brief in Support of its Motion for Summary Judgment on Claims Four, Five, and Eleven.

Dated: January 15, 2010

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge