IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Business Financial Services, Inc., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 05-10203 (MFW)<br>(Jointly Administered) |
| George L. Miller, Trustee,<br><br>Plaintiff,<br>v.<br><br>Greenwich Capital Financial Products, Inc., Ocwen Loan Servicing, LLC, Wells Fargo Bank, N.A., Law Debenture Trust Company of New York, The Berkshire Group LP, and Michael W. Trickey,<br><br>Defendants. | Adv. Case No. 06-50826 (MFW)<br><br><br>**Related Docket Nos. 621 and 650** |

**REPLY BRIEF IN SUPPORT OF GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM FOUR (ACCOUNTING), CLAIM FIVE (BREACH OF FIDUCIARY DUTY), AND CLAIM ELEVEN (CONVERSION)**

# FILED UNDER SEAL