# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.*, | : | Case No. 05-10203 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE, | : | Adversary No. 06-50826 (MFW) |
| Plaintiff | : | Related Doc. No. 650 |
| v. | : | |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. et al | : | |
| Defendants | : | |

## ORDER AUTHORIZING MOTION OF THE PLAINTIFF, CHAPTER 7 TRUSTEE, FOR AUTHORITY TO FILE UNDER SEAL PLAINTIFF'S ANSWERING BRIEFS IN OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT

Upon consideration of the Trustee's Motion (the "Motion to Seal")[1] for Authority to File Under Seal Plaintiff's Answering Briefs in Opposition to Defendants Motions for Summary Judgment, together with all exhibits and supporting documents filed therewith (the "Plaintiff's Answering Briefs") and the Court having reviewed the Motion to Seal, and the Court having determined that the relief requested in the Motion to Seal is in the best interests of all parties; and it appearing that proper and adequate notice of the Motion to Seal has been given to all interested parties and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

**IT IS HEREBY ORDERED,**

1. The Trustee's Motion to Seal is granted.

2. The Trustee is authorized to file the Plaintiff's Answering Briefs and documents related thereto together with any and all supporting papers filed therewith under seal.

3. The Clerk of the Court shall keep the Plaintiffs Answering Briefs and all documents related thereto under seal pursuant the procedures set forth in Del. L.R. 9018-1(b) until further order of this Court.

4. The foregoing notwithstanding, access shall only be provided to the Court, counsel to the Defendants, and the United States Trustee pursuant to Section 107 (c)(3) of the Bankruptcy Code.

BY THE COURT:

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

Dated: Jan. 15, 2010