IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.*, | Case No. 05-10203 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE, | Adversary No. 06-50826 (MFW) |
| Plaintiff | Related Doc. No. of Motion to File Under Seal  650 |
| v. | |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. et al | |
| Defendants | |

## DOCUMENTS TO BE KEPT UNDER SEAL

### PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS TWO AND THREE (FRAUDULENT TRANSFER), CLAIM SIX (AIDING AND ABETTING BREACH OF FIDUCIARY DUTY), CLAIM SEVEN (BREACH OF CONTRACT), CLAIM NINE (COMMON LAW FRAUD), CLAIM TEN (CIVIL CONSPIRACY), CLAIM TWELVE (OBJECTIONS AND SUBORDINATION) AND CLAIM FOURTEEN (DECLARATORY RELIEF)

Dated: Wilmington, Delaware
November 2, 2009

COZEN O'CONNOR

/s/ John T. Carroll, III

John T. Carroll, III (No. 4060)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013

Counsel to the Trustee
George L. Miller

WILMINGTON\99816\1 166868.000