# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.*, | : Case No. 05-10203 (MFW) |
| | : (Jointly Administered) |
| Debtors. | : |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE, | : Adversary No. 06-50826 (MFW) |
| Plaintiff | : Related Doc. No. of Motion to File Under |
| v. | : Seal 650 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. et al | : |
| Defendants | : |

## DOCUMENTS TO BE KEPT UNDER SEAL

## PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO OCWEN LOAN SERVICING, LLC'S MOTION FOR SUMMARY JUDGMENT

Dated: Wilmington, Delaware
November 2, 2009

COZEN O'CONNOR

/s/ John T. Carroll, III

John T. Carroll, III (No. 4060)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013

Counsel to the Trustee
George L. Miller

WILMINGTON\99816\1 166868.000