# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL SERVICES, INC., et al. | Chapter 7<br><br>Case No. 05-10203 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>                              PLAINTIFF,<br>v.<br><br>GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., et al.,<br><br>                             DEFENDANTS. | Adversary No. 06-50826 (MFW)<br><br>Re: A.D.I. 628 |

## NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO MOTION OF OCWEN LOAN SERVICING, LLC FOR PARTIAL SUMMARY JUDGMENT AND A TURNOVER ORDER

PLEASE TAKE NOTICE that briefing has been completed with regard to the Motion of Ocwen Loan Servicing, LLC for Partial Summary Judgment and a Turnover Order (A.D.I. 628; filed August 13, 2009) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the following documents have been filed in connection with the Motion:

    1.    Motion of Ocwen Loan Servicing, LLC for Partial Summary Judgment and a Turnover Order (A.D.I. 628) (filed August 13, 2009);

    2.    Opening Brief in Support of Motion of Ocwen Loan Servicing, LLC for Partial Summary Judgment and a Turnover Order (A.D.I. 629) (filed August 13, 2009);

3. Declaration of Joel M. Miller in Support of Motion of Ocwen Loan Servicing, LLC For Partial Summary Judgment and a Turnover Order with Exhibits A-I (A.D.I. 630) (filed August 13, 2009);

4. Exhibits J-CC to Declaration of Joel M. Miller in Support of Motion of Ocwen Loan Servicing, LLC For Partial Summary Judgment and a Turnover Order (A.D.I. 631) (filed August 13, 2009);

5. Declaration of Ronald Faris in Support of Motion of Ocwen Loan Servicing, LLC For Partial Summary Judgment and a Turnover Order with Exhibit A (A.D.I. 632) (filed August 13, 2009);

6. Declaration of Richard Delgado in Support of Motion of Ocwen Loan Servicing, LLC For Partial Summary Judgment and a Turnover Order (A.D.I. 633) (filed August 13, 2009);

7. Motion of Ocwen Loan Servicing, LLC to Exceed Page Limitation in Connection with Opening Brief in Support of Motion for Partial Summary Judgment and a Turnover Order (A.D.I. 634) (filed August 13, 2009);

8. Order Granting Motion Of Ocwen Loan Servicing, LLC To Exceed Page Limitation (A.D.I. 643) (filed August 17, 2009);

9. Motion of Plaintiff, Chapter 7 Trustee, for Authority to File Under Seal Plaintiff's Answering Briefs in Opposition to Defendants' Motions For Summary Judgment (A.D.I. 650) (filed November 2, 2009);

10. Plaintiff's Answering Brief in Opposition to Ocwen Loan Servicing, LLC's Motion for Summary Judgment (filed under seal);

11. Motion of Ocwen Loan Servicing, LLC to Exceed Page Limitation in Connection with Reply Brief in Further Support of Motion for Partial Summary Judgment and a Turnover Order (A.D.I. 659) (filed January 14, 2010);

12. Reply Brief in Further Support of Motion of Ocwen Loan Servicing, LLC for Partial Summary Judgment And a Turnover Motion (A.D.I. 660) (filed January 14, 2010);

13. Declaration of Jeremy M. Sher in Support of Motion of Ocwen Loan Servicing, LLC for Partial Summary Judgment and a Turnover Order (A.D.I. 661) (filed January 14, 2010); and

14. Order Granting Motion Of Ocwen Loan Servicing, LLC To Exceed Page Limitation (A.D.I. 664) (filed January 14, 2010).

Dated: January 19, 2010  
Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Matthew B. Harvey (No. 5186)
Erin R. Fay (No. 5268)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

- and -

Joel M. Miller (pro hac vice)
Adam J. Safer (pro hac vice)
Jeremy M. Sher (pro hac vice)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, New York 10022
(212) 336-3500

*Attorneys for Defendant*
*Ocwen Loan Servicing, LLC*

3342427.1