# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL SERVICES, INC., et al. | Chapter 7<br><br>Case No. 05-10203 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>                            PLAINTIFF,<br>v.<br><br>GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., et al.,<br><br>                         DEFENDANTS. | Adversary No. 06-50826 (MFW)<br><br>Re: A.D.I. 628 |

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Del. Bankr. L.R. 7007-3, Defendant Ocwen Loan Servicing, LLC, respectfully requests oral argument on the Motion of Ocwen Loan Servicing, LLC for Partial Summary Judgment and a Turnover Order (A.D.I. 628; filed August 13, 2009) (the "Motion"). The Motion is fully briefed and ready for the Court's consideration.

Dated: January 19, 2010
       Wilmington, DE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Matthew B. Harvey (No. 5186)
Erin R. Fay (No. 5268)
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

- and -

Joel M. Miller (pro hac vice)
Adam J. Safer (pro hac vice)
Jeremy M. Sher (pro hac vice)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, New York 10022
(212) 336-3500

*Attorneys for Defendant
Ocwen Loan Servicing, LLC*

3342429.1