## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMERICAN BUSINESS FINANCIAL | § | Chapter 7 |
| SERVICES, INC., et al., | § | |
| | § | Case No. 05-10203 (MFW) |
| Debtors. | § | Jointly Administered |
| | § | |
| GEORGE L. MILLER, CHAPTER 7 | § | |
| TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 06-50826 (MFW) |
| | § | |
| GREENWICH CAPITAL FINANCIAL | § | |
| PRODUCTS, INC., et al., | § | Related D.I. _667_ |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION OF BERKSHIRE/TRICKEY TO EXCEED PAGE LIMITATION

Upon consideration of the Motion of Defendants The Berkshire Group, LP and Michael W. Trickey ("Berkshire/Trickey") for leave to file a Reply Brief in Further Support of Motion for Summary Judgment (the "Reply Brief") in excess of the twenty-page limitation of Local Bankruptcy Reul 7007-2(iv), it is hereby

ORDERED that Berkshire/Trickey' motion is GRANTED; and it is further

ORDERED that Berkshire/Trickey is authorized to file a Reply Brief in excess of twenty pages.

Dated: _Jan. 15_ , 2010

_Mary F. Walrath_
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE