# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Case No.:  05-10203 (MFW) |
| American Business Financial Products, Inc., *et al*, | Chapter 7 (Jointly Administered) |
| Debtors. | |
| George L. Miller, Trustee, | Adv. No. 06-50826 |
| Plaintiff, | Related to D.I. 665, 666, 667 |
| - against - | |
| Greenwich Capital Financial Products, Inc., Ocwen Loan Servicing, LLC, Wells Fargo Bank, N.A., Law Debenture Trust Company of New York, The Berkshire Group LP, and Michael W. Trickey, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, David I. Horowitz, certify that on January 14, 2010, I caused to be served a true and correct copy of Greenwich Capital Financial Products, Inc.'s reply briefs in support of Motion For Partial Summary Judgment On Claims Four, Five, and Eleven, and Motion For Partial Summary Judgment On Claims Two, Three, Six, Seven, Nine, Ten, Twelve, and Fourteen on the parties listed on the attached service list in the manner described therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 19, 2010

David I. Horowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90017
Telephone:    213.680.8400
Facsimile:    213.680.8500

## SERVICE LIST

### Via U.S. Mail and Electronic Mail:

Attorneys for Plaintiff George L. Miller
Steven M. Coren, Esq.
David Dormont, Esq.
Kaufman, Coren & Ress, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103
scoren@kcr-law.com
ddormont@kcr-law.com

Attorneys for Counterdefendant George L. Miller
Kevin J. Murphy, Esq.
Dennis J. Quinn, Esq.
Carr Maloney, P.C.
1615 L. Street, N.W., Suite 500
Washington, D.C. 20036
kmm@carrmaloney.com
djq@carrmaloney.com

Counsel to Defendant Ocwen Loan Servicing LLC
Joel M. Miller, Esq.
Jeremy Sher, Esq.
Adam Safer, Esq.
Miller & Wrubel P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022
jmiller@mw-law.com
jsher@mw-law.com
asafer@mw-law.com

Counsel to Defendants The Berkshire Group LP and
Michael W. Trickey
Michael D. LiPuma, Esq.
Law Office of Michael LiPuma
325 Chestnut Street, Ste. 1109
Philadelphia, PA 19106
mlipuma@lipumalaw.com

Co-Counsel to Defendant Greenwich Capital Financial
Products, Inc.
Bruce Grohsgal, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
bgrohsgal@pszjlaw.com

Attorneys for Plaintiff George L. Miller
Joseph P. Dougher, Esq.
Kellie M. MacCready, Esq.
Obermayer Rebmann Maxwell & Hippell LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806
joseph.dougher@obermayer.com
steven.davis@obermayer.com

Attorneys for Plaintiff George L. Miller
John Carroll III, Esq.
Cozen O'Connor
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
jcarroll@cozen.com

Counsel to Defendant Ocwen Loan Servicing LLC
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com

Counsel to Defendants The Berkshire Group LP and
Michael W. Trickey
Chad J. Toms, Esq.
Whiteford Taylor Preston, LLC
1220 North Market Street
Suite 608
Wilmington, DE 19801
ctoms@wtplaw.com

Co-Counsel to Defendant Greenwich Capital Financial
Productions, Inc.
Bennett Spiegel, Esq.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
blspiegel@jonesday.com

Counsel to Wells Fargo Bank, National Association,
as Indenture Trustee
Kelley Drye & Warren LLP
Joel S. Rublin, Esq.
Mark W. Page, Esq.
101 Park Avenue
New York, New York 10178
jrublin@kelleydrye.com
mpage@kelleydrye.com

Counsel to Law Debenture Trust Company
of New York, as Indenture Trustee
Pryor Cashman LLP
Tina N. Moss, Esq
7 Times Square
New York, NY 10036
tmoss@pryorcashman.com

Co-Counsel to Wells Fargo Bank, National Association,
as Indenture Trustee
Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
frosner@mrs-law.com

Co-Counsel to Law Debenture Trust Company
of New York, as Indenture Trustee
Womble, Carlyle, Sandridge & Rice, PLLC
Francis A. Monaco, Jr.
Kevin J. Mangan
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
fmonaco@wcsr.com
kmangan@wcsr.com