IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Business Financial Products, Inc., et al,<br><br>Debtors. | Case No.: 05-10203 (MFW)<br><br>Chapter 7<br>(Jointly Administered) |
| George L. Miller, Trustee,<br><br>Plaintiff,<br><br>- against -<br><br>Greenwich Capital Financial Products, Inc., Ocwen Loan Servicing, LLC, Wells Fargo Bank, N.A., Law Debenture Trust Company of New York, The Berkshire Group LP, and Michael W. Trickey,<br><br>Defendants. | Adv. No. 06-50826<br><br>**Related Docket Nos. 620, 622, 650, 665 & 666** |

**NOTICE OF SERVICE OF IBRIEFS REGARDING (1) GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS TWO AND THREE (FRAUDULENT TRANSFER), CLAIM SIX (AIDING AND ABETTING BREACH OF FIDUCIARY DUTY), CLAIM SEVEN (BREACH OF CONTRACT), CLAIM NINE (COMMON LAW FRAUD), CLAIM TEN (CIVIL CONSPIRACY), CLAIM TWELVE (OBJECTIONS AND SUBORDINATION), AND CLAIM FOURTEEN (DECLARATORY RELIEF); AND (2) GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM FOUR (ACCOUNTING), CLAIM FIVE (BREACH OF FIDUCIARY DUTY) AND CLAIM ELEVEN (CONVERSION), AND (2) NOTICE OF COMPLETION OF BRIEFING WITH RESPECT THE MOTION**

On the 29th day of January, 2010, Greenwich Capital Financial Products, Inc..

through its undersigned counsel, caused a copy of the following documents (in "iBrief" CD

format), to be submitted to the Court and served on the individuals on the attached service list:[1]

> **1.) Opening Brief in Support of Greenwich Capital Financial Products, Inc.'s Motion for Partial Summary Claims Two and Three (Fraudulent Transfer), Claim Six (Aiding and Abetting Breach of Fiduciary Duty), Claim Seven**

---

[1] The docket nos. listed below correspond to the docket nos. of the copies of the pleadings filed electronically on the docket in this case.

(Breach of Contract), Claim Nine (Common Law Fraud), Claim Ten (Civil Conspiracy), Claim Twelve (Objections and Subordination) and Claim Fourteen (Declaratory Relief) [Filed: 8/13/09] (Docket No. 620) ;

2.) Plaintiff's Answering Brief in Opposition to Greenwich Capital Financial Products, Inc.'s Motion for Partial Summary Claims Two and Three (Fraudulent Transfer), Claim Six (Aiding and Abetting Breach of Fiduciary Duty), Claim Seven (Breach of Contract), Claim Nine (Common Law Fraud), Claim Ten (Civil Conspiracy), Claim Twelve (Objections and Subordination) and Claim Fourteen (Declaratory Relief) [Filed: 11/2/09] (Docket No. 650);

3.) Reply Brief in Support of Greenwich Capital Financial Products, Inc.'s Motion for Partial Summary Claims Two and Three (Fraudulent Transfer), Claim Six (Aiding and Abetting Breach of Fiduciary Duty), Claim Seven (Breach of Contract), Claim Nine (Common Law Fraud), Claim Ten (Civil Conspiracy), Claim Twelve (Objections and Subordination) and Claim Fourteen (Declaratory Relief) [Filed: 1/14/10] (Docket No. 666);

4.) Opening Brief in Support of Greenwich Capital Financial Products, Inc.'s Motion for Partial Summary Judgment on Claim Four (Accounting), Claim Five (Breach of Fiduciary Duty) and Claim Eleven (Conversion) [Filed: 8/13/09] (Docket No. 622);

5.) Plaintiff's Answering Brief in Opposition to the Motion for Partial Summary Judgment of Defendant Greenwich Capital Financial Products, Inc., on Plaintiff's Claim Four (Accounting), Claim Five (Breach of Fiduciary Duty) and Claim Eleven (Conversion) [Filed: 11/2/09] (Docket No. 650); and

*[Remainder of page intentionally left blank]*

**6.) Reply Brief in Support of Greenwich Capital Financial Products, Inc.'s Motion for Partial Summary Judgment on Claim Four (Accounting), Claim Five (Breach of Fiduciary Duty) and Claim Eleven (Conversion) [Filed: 1/14/10] (Docket No. 665).**

Dated: January 29, 2010

KIRKLAND & ELLIS LLP
R. Alexander Pilmer (*pro hac vice*)
David I. Horowitz (*pro hac vice*)
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213.680.8400
Facsimile: 213.680.8500

JONES DAY
Bennett L. Spiegel (*pro hac vice*)
555 South Flower Street
Los Angeles, CA 90071
Telephone: 213.489.3939
Facsimile: 213.243.2539

and

PACHULSKI STANG ZIEHL & JONES LLP



Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400

Attorneys for Greenwich Capital Financial Products, Inc.

**Greenwich/ABFS Service List**
Case No. 06-50826
Doc. No. 157111
05 – Hand Delivery
01 – Overnight Delivery

### NOTICE OF FILING ONLY:

*Hand Delivery*
(Co-Counsel to Defendant Greenwich Capital
Financial Products, Inc.)
Bruce Grohsgal, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Co-Counsel to Wells Fargo Bank, National Association,
as Indenture Trustee)
Messana Rosner & Stern, LLP
Frederick B. Rosner, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Co-Counsel to Law Debenture Trust Company
of New York, as Indenture Trustee)
Womble, Carlyle, Sandridge & Rice, PLLC
Francis A. Monaco, Jr.
Kevin J. Mangan
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Defendant Ocwen Loan Servicing LLC)
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*Hand Delivery*
(Counsel to Defendants The Berkshire Group LP and Michael W. Trickey)
Chad J. Toms, Esq.
Whiteford Taylor Preston, LLC
1220 North Market Street
Suite 608
Wilmington, DE 19801

*Overnight Delivery*
(Co-Counsel to Defendant Greenwich Capital Financial Productions, Inc.)
Bennett Spiegel, Esq.
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071

**Greenwich/ABFS Service List**
Case No. 06-50826
Doc. No. 157111
01 – Hand Delivery
07 – Overnight Delivery

## *NOTICE AND iBRIEF:*

*Hand Delivery*
(Attorneys for Plaintiff George L. Miller)
John Carroll III, Esq.
Cozen O'Connor
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801

*Overnight Delivery*
(Attorneys for Plaintiff George L. Miller)
Steven M. Coren, Esq.
David Dormont, Esq.
Kaufman, Coren & Ress, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103

*Overnight Delivery*
(Attorneys for Counterdefendant George L. Miller)
Kevin J. Murphy, Esq.
Dennis J. Quinn, Esq.
Carr Maloney, P.C.
1615 L. Street, N.W., Suite 500
Washington, D.C. 20036

*Overnight Delivery*
(Counsel to Defendant Ocwen Loan Servicing LLC)
Joel M. Miller, Esq.
Jeremy Sher, Esq.
Adam Safer, Esq.
Miller & Wrubel P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022

*Overnight Delivery*
(Counsel to Defendants The Berkshire Group LP
and Michael W. Trickey)
Michael D. LiPuma, Esq.
Law Office of Michael LiPuma
325 Chestnut Street, Ste. 1109
Philadelphia, PA 19106

*Overnight Delivery*
(Attorneys for Plaintiff George L. Miller)
Joseph P. Dougher, Esq.
Kellie M. MacCready, Esq.
Obermayer Rebmann Maxwell & Hippell LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

*Overnight Delivery*
(Counsel to Wells Fargo Bank, National Association, as Indenture Trustee)
Kelley Drye & Warren LLP
Joel S. Rublin, Esq.
Mark W. Page, Esq.
101 Park Avenue
New York, New York 10178

*Overnight Delivery*
(Counsel to Law Debenture Trust Company of New York, as Indenture Trustee)
Pryor Cashman LLP
Tina N. Moss, Esq.
7 Times Square
New York, NY 10036