**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL SERVICES, INC. *et al.*,<br>_____<br><br>GEORGE L. MILLER, CHAPTER 7 TRUSTEE,<br><br>        PLAINTIFF,<br><br>   v.<br><br>GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., et al.,<br><br>        DEFENDANTS. | Chapter 7<br><br>Case No. 05-10203 (MFW)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adversary No. 06-50826 |

**NOTICE OF ERRATA REGARDING PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO THE MOTIONS FOR PARTIAL SUMMARY JUDGMENT OF <u>DEFENDANT GREENWICH CAPITAL FINANCIAL SERVICES, INC.</u>**

KAUFMAN, COREN & RESS, P.C.
STEVEN M. COREN
(*Pro Hac Vice*)
JOHN W. MORRIS
(*Pro Hac Vice*)
DAVID DORMONT
(*Pro Hac Vice*)

1717 Arch Street, Suite 3710
Philadelphia, PA 19103
Tele: (215) 735-8700

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
CHARLES A. MCCAULEY III (#4738)
JOSEPH P. DOUGHER
(*Pro Hac Vice*)
KEVIN J. KOTCH
(*Pro Hac Vice*)
ALEXIS P. BASILEVSKY
*(Pro Hac Vice)*

1000 N. West St., Suite 1200
Wilmington, DE 19801
(302) 655-9094

*Counsel to the Chapter 7 Trustee, George L. Miller*

4446974

TO THE HONORABLE MARY F. WALRATH AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Counsel for Plaintiff, Chapter 7 Trustee, George L. Miller has discovered certain inadvertent omissions and typographical errors in Plaintiff's Answering Brief in Opposition to the Motions for Partial Summary Judgment of Defendant Greenwich Capital Financial Products, Inc., D.I.528, ("Plaintiff's Answering Brief"). This errata sheet addresses and corrects the following inadevertant omissions/errors:

1. **Appendix 11 (John Anderson's deposition excerpts)**: At footnote 5 on page 10 of the plaintiff's Answering Brief pages "75, 78" of Mr. Anderson's deposition are cited. That cite was intended to be to pages 75 – 78. Thus, pages 76 and 77 of Mr. Anderson's deposition were inadvertently omitted from Appendix 11 and true and correct copies are attached hereto as Exhibit "A".

2. **Appendix 33 (the DIP Loan Agreement)**: At footnote 12 on page 16 of Plaintiff's Answering Brief, page 3 of the DIP Loan Agreement is incorrectly cited. That cite was intended to refer to page 5 of the DIP Loan Agreement.

3. **Appendix 47 (excerpts of Robert Smith's February 2, 2005 deposition)**: Excerpts of Robert Smith's February 2, 2005 deposition testimony are cited at pages 32 and 76 of Plaintiff's Answering Brief and referenced as Appendix 47. The excerpts attached as Exhibit 47, however, are excerpts from Mr. Smith's May 9, 2008 deposition, not his February 2, 2005 deposition. True and correct copies of the excerpts of Robert Smith's February 2, 2005 deposition testimony cited at pages 32 and 76 of Plaintiff's Answering Brief are attached hereto as Exhibit "D".

4. **Appendix 81 (the November 3, 2008 Expert Report of Boston Portfolio Advisors, Inc.):** At footnote 24 on page 45 of Plaintiff's Answering Brief, page 7 of the November 3, 2008 Expert Report of Boston Portfolio Advisors is incorrectly cited. The correct citation is to page 6 of the Boston Portfolio's expert report.

5. **Appendix 85 (Trustee Miller's deposition excerpts):** At page 58 of Plaintiff's Answering Brief, pages 78 to 79 of Trustee Miller's deposition are incorrectly cited. The correct citation is to page 509 of that deposition. In addition, pages 6, 165, 176, 222, 358, 707, 858 of Trustee Miller's deposition (cited on pages 61, 126, 126, 225, 121, 113, and 114, respectively, of Plaintiff's Answering Brief) were inadvertently omitted from the appendix and true and correct copies are attached hereto as Exhibit "B".

6. **Appendix 46 (Thomas Biron's deposition excerpts):** At the bottom of page 87 of Plaintiff's Answering Brief, pages 375-76 of Mr. Biron's deposition are incorrectly cited. The correct citation is to page 492.

7. **Exhibit 375:** Exhibit 375, cited at the top of page 79 of Plaintiff's Answering Brief, was inadvertently omitted from the Appendix. A true and correct copy of Exhibit 375 is attached hereto as Exhibit "E".

8. **Appendix 18 (Exhibit Gottfried 3)**: Exhibit Gottfried 3 is incorrectly cited as being at "App. 8" at the top of page 87 of Plaintiff's Answering Brief. Exhibit Gottfried 3 appears at Appendix 18.

9. **Appendix 12 (Excerpts of Dominic Obaditch's deposition):** Page 268 of Mr. Obaditch's deposition is cited at page 125 of Plaintiff's Answering Brief, but was inadvertently omitted from Appendix 12. A true and correct copy of page 268 of Mr. Obaditch's deposition is attached hereto as Exhibit "C".

10. **Appendix 119 (Trustee Miller's Second Supplemental Answers to Interrogatory 11):** Trustee Miller's Second Supplemental Answers to Interrogatory 11 is cited at page 125 of Plaintiff's Answering Brief, but the Appendix number ("App. 119") was inadvertently omitted.

11. **Appendix 17 (Exhibit 132);** Exhibit 132 is cited at page 126 of Plaintiff's Answering Brief, but the Appendix number ("App 17") was inadvertently omitted.

| KAUFMAN, COREN & RESS, P.C. | OBERMAYER REBMANN MAXWELL & HIPPEL LLP |
|---|---|
| /s/ Steven M. Coren | /s/ Charles A. McCauley, III |
| STEVEN M. COREN | CHARLES A. MCCAULEY III (#4738) |
| (*Pro Hac Vice*) | JOSEPH P. DOUGHER |
| JOHN W. MORRIS | (*Pro Hac Vice*) |
| (*Pro Hac Vice*) | KEVIN J. KOTCH |
| DAVID DORMONT | (*Pro Hac Vice*) |
| (*Pro Hac Vice*) | ALEXIS P. BASILEVSKY |
|  | (*Pro Hac Vice*) |
| 1717 Arch Street, Suite 3710 | 1000 N. West St., Suite 1200 |
| Philadelphia, PA 19103 | Wilmington, DE 19801 |
| (215) 735-8700 | (302) 655-9094 |
| Attorneys for the Trustee | Attorneys for the Trustee |

Dated: February 22, 2010