IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Business Financial Products, Inc., *et al*,<br><br>            Debtors. | Case No.: 05-10203 (MFW)<br><br>Chapter 7<br>(Jointly Administered) |
| George L. Miller, Trustee,<br><br>            Plaintiff,<br><br>- against -<br><br>Greenwich Capital Financial Products, Inc., Ocwen Loan Servicing, LLC, Wells Fargo Bank, N.A., Law Debenture Trust Company of New York, The Berkshire Group LP, and Michael W. Trickey,<br><br>            Defendants. | Adv. No. 06-50826 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Jones Day hereby enters its appearance as co-counsel to Greenwich Capital Financial Products, Inc., as Agent and Lender ("Greenwich"), in the above-captioned bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 2002 of the Federal Rule of Bankruptcy Procedure, all notices, pleadings, motions and other pleadings and papers filed in the above-captioned cases are requested to be served upon Greenwich by

32723-001\DOCS_DE:158318.1

serving a copy thereof upon:

    Bennett L. Spiegel, Esquire
    Jones Day
    555 South Flower Street
    Los Angeles, CA 90071
    Telephone: 213-489-3939
    Facsimile: 213-243-2539
    Email: blspiegel@jonesday.com

Dated: March 31, 2010

KIRKLAND & ELLIS LLP
R. Alexander Pilmer (*pro hac vice*)
David I. Horowitz (*pro hac vice*)
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213.680.8400
Facsimile: 213.680.8500

JONES DAY
Bennett L. Spiegel (*pro hac vice*)
555 South Flower Street
Los Angeles, CA 90071
Telephone: 213.489.3939
Facsimile: 213.243.2539

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ BDG/*
_____
Laura Davis Jones (Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302.652.4100
Facsimile: 302.652.4400

Attorneys for Greenwich Capital Financial Products, Inc.