# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL<br>SERVICES, INC. *et al.*, | Chapter 7<br><br>Case No. 05-10203 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7<br>TRUSTEE,<br><br>                      PLAINTIFF,<br><br>v.<br><br>GREENWICH CAPITAL FINANCIAL<br>PRODUCTS, INC., et al.,<br><br>                      DEFENDANTS. | Adversary No. 06-50826 |

## MOTION FOR ADMISSION OF LOUIS B. KUPPERMAN, ESQUIRE
### *PRO HAC VICE*

Charles A. McCauley III, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Louis B. Kupperman, Esquire, Obermayer Rebmann Maxwell & Hippel LLP, One Penn Center, 19th Floor, 1617 JFK Boulevard, Philadelphia, PA 19103, to represent the Chapter 7 Trustee George L. Miller (the "Trustee") as special litigation counsel in this adversary proceeding.

[This Space Intentionally Left Blank]

4492198

The Admittee is admitted, practicing, and in good standing of the Bar of the Supreme Court of Pennsylvania and is admitted to practice before the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the Third Circuit Court of Appeals and the United States Supreme Court.

OBERMAYER REBMANN MAXWELL
& HIPPEL LLP

/s/ Charles A. McCauley, III
CHARLES A. MCCAULEY III (#4738)

1000 N. West St., Suite 1200
Wilmington, DE 19801
(302) 655-9094
Attorneys for the Trustee

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

LOUIS B. KUPPERMAN, Esquire
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
1617 JFK Boulevard, 19th Floor
Philadelphia, PA 19103
(215) 665-3000

2

4492198

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN BUSINESS FINANCIAL<br>SERVICES, INC. *et al.*, | Chapter 7<br><br>Case No. 05-10203 (MFW)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, CHAPTER 7<br>TRUSTEE,<br><br>         PLAINTIFF,<br><br>v.<br><br>GREENWICH CAPITAL FINANCIAL<br>PRODUCTS, INC., et al.,<br><br>         DEFENDANTS. | Adversary No. 06-50826 |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration, without a hearing of the Motion for Admission of Louis B. Kupperman, Esquire *Pro Hac Vice* (the "Motion") in this Adversary Proceeding; the Court having reviewed the Motion and good cause appearing, it is hereby

ORDERED that Louis B. Kupperman, Esquire may appear before the Court *pro hac vice* as special litigation counsel for the Chapter 7 Trustee in this Adversary Proceeding, subject to the Local Bankruptcy Rules.

Dated:                 _____
                        Honorable Mary F. Walrath
                        United States Bankruptcy Judge

4492200