# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN BUSINESS FINANCIAL SERVICES, INC. *et al.*, <br><br> ——————————————— <br><br> GEORGE L. MILLER, CHAPTER 7 TRUSTEE, <br><br> PLAINTIFF, <br><br> v. <br><br> GREENWICH CAPITAL FINANCIAL PRODUCTS, INC., et al., <br><br> DEFENDANTS. | Chapter 7 <br><br> Case No. 05-10203 (MFW) <br><br> (Jointly Administered) <br><br><br><br><br> Adversary No. 06-50826 |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration, without a hearing of the Motion for Admission of Louis B. Kupperman, Esquire *Pro Hac Vice* (the "Motion") in this Adversary Proceeding; the Court having reviewed the Motion and good cause appearing, it is hereby

ORDERED that Louis B. Kupperman, Esquire may appear before the Court *pro hac vice* as special litigation counsel for the Chapter 7 Trustee in this Adversary Proceeding, subject to the Local Bankruptcy Rules.

Dated: September 14, 2010

Honorable Mary F. Walrath
United States Bankruptcy Judge

4492200