SERVICE LIST

Chad J. Toms, Esquire
Whiteford, Taylor & Preston LLC
1220 North Market Street
Wilmington, DE 19801
Counsel for The Berkshire Group LP and Michael W. Trickey

Michael LiPuma, Esquire
Law Offices of Michael LiPuma
325 Chestnut St., Suite 1109
Philadelphia, PA 19106
Counsel for The Berkshire Group LP and Michael W. Trickey

Bruce Grohsgal, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl & Jones
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Counsel for Greenwich Capital Financial Products, Inc.

R. Alexander Pilmer, Esquire
David L. Horowitz, Esquire
Alyssa A. Wade, Esquire
Kirkland & Ellis LLP
333 S. Hope Street
Los Angeles, CA 90017
Counsel for Greenwich Capital Financial Products, Inc.

Derek C. Abbott, Esquire
Curtis S. Miller, Esquire
John A. Sensing, Esquire
Thomas F. Driscoll, III, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for Ocwen Loan Servicing LLC

Joel M. Miller, Esquire
Adam J. Safer, Esquire
Jeremy Sher, Esquire
Miller & Wrubel, P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022
Counsel for Ocwen Loan Servicing LLC

Steven M. Coren, Esquire
Steven T. Davis, Esquire
David Dormont, Esquire
Kaufman, Coren & Ress, P.C.
1717 Arch Street, Suite 3710
Philadelphia, PA 19103
Counsel for the Trustee

Charles A. McCauley III, Esquire
Joseph P. Dougher, Esquire
Kellie M. MacCready, Esquire
Obermayer, Rebmann, Maxwell & Hippel LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Counsel for the Trustee

Kevin J. Murphy, Esquire
Dennis J. Quinn, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036
Counsel for the Trustee