**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| AMERICAN BUSINESS FINANCIAL | ) Case No. 05-10203 (MFW) |
| SERVICES, INC., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| _____ | ) |
| GEORGE L. MILLER, TRUSTEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary No. 06-50826 (MFW) |
| | ) |
| GREENWICH CAPITAL FINANCIAL | ) |
| PRODUCTS, INC., OCWEN LOAN | ) |
| SERVICING, LLC, WELLS FARGO | ) |
| BANK, N.A., LAW DEBENTURE | ) |
| TRUST COMPANY OF NEW YORK, | ) |
| THE BERKSHIRE GROUP, LP, | ) |
| MICHAEL W. TRICKEY, | ) |
| | ) |
| Defendants. | ) |
| _____ | |

<u>**ORDER**</u>

    **AND NOW**, this **28th** day of **July, 2011,** upon consideration of the Motion of The Berkshire Group, LP ("Berkshire") and Michael W. Trickey ("Trickey") for summary judgment in their favor on all counts of the Trustee's Amended Complaint it is hereby

    **ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that judgment is entered in favor of Berkshire and Trickey on all counts of the Trustee's complaint.


BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge


cc: Chad J. Toms, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order and the accompanying Memorandum Opinion to all interested parties and file a Certificate of Service with the Court.